# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Geri Lynn LaPorte,

        Debtor.

Case No. 24-11996

Chapter 7

## Notice of Change of Address

To the Clerk of Court:

Please change the Debtor's address on file with the Court as follows. Thank you.

**Old Address:**

227 Green Ln, Philadelphia, PA 19128-4721

**New Address:**

277 Green Ln, Philadelphia, PA 19128-4721

Date: July 15, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com