Certificate Number: 16339-PAE-DE-038857045

Bankruptcy Case Number: 24-11996



16339-PAE-DE-038857045

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2024, at 2:56 o'clock PM EDT, Geri Lynn Laporte completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 11, 2024        By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor